UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., ) | Case No.: 3:14-cv-05163-JCS |
| Plaintiff, ) | |
| vs. ) | [~~PROPOSED~~] AMENDED ORDER OF DISMISSAL |
| WHALE LOGISTICS (SHANGHAI) CO. ) LTD. and DOES 1 thorough 20, ) | |
| Defendants. ) | |

This Court ordered dismissal by August 20, ~~2014~~ 2015 pending the parties' finalization of their settlement. The parties jointly requested an extension of that date to September 30, 2015 so that they could obtain the necessary signatures on all settlement documents.

This Court hereby grants the parties' joint request and orders that that this case shall be dismissed in its entirety with prejudice on September 30, 2015 unless any party hereto shall certify to this Court, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over.

Dated: July 29, 2015

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge

THOMAS, QUINN & KRIEGER, L.L.P.

T|Q|K LLP